IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02984-WYD-MEH

LYNN PEAK PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1-30,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2014**.

    Defendant John Doe #11's Motion to Proceed Anonymously [filed March 7, 2014; docket #28] and Motion for Extension of Time [filed March 7, 2014; docket #29] are **denied as moot**. This case was dismissed without prejudice upon the Plaintiff's Notice of Dismissal filed February 26, 2014.

    However, Defendant John Doe #11's Motion to Restrict Supplement [filed March 7, 2014; docket #30] is **granted**. The Clerk of the Court shall maintain under Restriction Level 2 the document located at docket #31 until further order of the Court.

    The Clerk of the Court shall send a copy of this minute order to John Doe 14 at the address provided in docket #31.